I cannot say that the trial court's judgment was plainly and palpably wrong under the law as it stands now; therefore, I have no choice but to concur, albeit reluctantly, with the majority's opinion. However, I believe that when a "child" who has already graduated from high school sees fit to move out of *Page 121 
the house to live with her boyfriend in defiance of her parents' wishes, the law is doing no favors to either the "child" or the parents by requiring the parents to continue to support that "child" under the guise of child support. The daughter has no reason to accede to her parents' wishes because she knows that, regardless, she will receive monthly financial support from her father. In essence, we make it possible for her disobey her parents. Even though I disagree with the outcome of this case, the law binds me to that outcome; therefore, I am concurring specially.